NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marcel Catinas, ) | No. CV06-0928-PHX-SRB |
| ) | |
| Petitioner, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Alberto Gonzales and Phillip Crawford, ) | |
| ) | |
| Respondents. ) | |
| ) | |

      Petitioner filed his Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on March 31, 2006 claiming his continued detention by Respondents pending his removal violated United States law and his constitutional rights. On April 25, 2006, Respondents filed a Suggestion of Mootness advising the Court that Petitioner was removed to Romania on April 10, 2006. On May 10, 2006, the Magistrate Judge issued his Report and Recommendation recommending that the petition be dismissed with prejudice as moot.

      In his Report and Recommendation the Magistrate Judge advised the parties that they had 10 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has long since expired and no objections to the Report and Recommendation have been filed.

      The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

1    IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge
2 as the order of this Court.
3    IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is dismissed
4 with prejudice as moot.
5    IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

7    DATED this 27th day of June, 2006.

*/s/ Susan R. Bolton*
Susan R. Bolton
United States District Judge